## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **FREDDIE D. JAMES,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 23-203-JB-MU** |
| **WILLIAM E. SCULLY, JR.,** | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's 42 U.S.C. § 1983 action be **DISMISSED without prejudice.**

**DONE and ORDERED** this 9th day of November, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE