## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **FREDDIE D. JAMES,** | : | |
| Plaintiff, | : | |
| **vs.** | : | **CIVIL ACTION 23-203-JB-MU** |
| **WILLIAM E. SCULLY, JR.,** | : | |
| Defendants. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED without prejudice**.

**DONE and ORDERED** this 9th day of November, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE